

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Latanya V. Ray | * | Case No.    00-10437-NVA |
| | * | Chapter    13 |
| | * | |
| | * | |
| Debtor(s) | * | |

### ORDER FOR WITHDRAWAL OF
### FUNDS PAID INTO COURT

    Upon consideration of the motion filed by Latanya V. Ray for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $5,881.49 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

    ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

        Larry L. Moses, General Manager
        The Financial Resources Group, Inc.
        Attorney-in-fact for:
        Latanya V. Ray
        700 Mechem Drive, Suite 8B
        Ruidoso, New Mexico 88345

cc:     Claimant - Latanya V. Ray
        Claimant's Attorney - Larry L. Moses, General Manager
        Finance
Funds-42.3--2/7/91

### End of Order